FILED

10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0284

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0284

_____

IN RE THE ESTATE OF ELDA MARBLE,

JERRY MARBLE, Personal Representative
for the Estate of Elda Marble,

      Plaintiff and Appellee,

v.

DOREEN KING and JAMES D. KING,
a/k/a JIM KING,

      Defendants and Appellants.

O R D E R

_____

    Pursuant to Appellants Doreen King's and James D. King's motion for extension to of time to file their opening brief and good cause appearing,

    IT IS HEREBY ORDERED that Appellants have until December 26, 2022, to file their opening brief.

    DATED this 25 day of October, 2022.

               For the Court,

                               _____
                                   Chief Justice